*In re* INTEGRACIÓN SALAS DE VERANO.

*Número:* ES-2001-1        *Resuelto:* 4 de junio de 2001

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, 4 L.P.R.A. Ap. XXI-A, se constituyen las Salas de Verano siguientes para funcionar durante el receso:

*Del 1ro de julio al 15 de agosto de 2001*

Hon. Juez Asociado Francisco Rebollo López, *Presidente*
Hon. Juez Asociado Federico Hernández Denton
Hon. Juez Asociado Jaime B. Fuster Berlingeri

*Del 16 de agosto al 30 de septiembre de 2001*

Hon. Juez Asociado José A. Andréu García, *Presidente*
Hon. Jueza Asociada Miriam Naveira de Rodón
Hon. Juez Asociado Baltasar Corrada Del Río
Hon. Juez Asociado Efraín E. Rivera Pérez

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración y, asimismo, para convocar al Pleno

del Tribunal cuando fuere necesario. El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este periodo.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*